1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE DISTRICT OF ARIZONA**

8

9    Antonio Marcelino Salinas,                    No. CV-26-00661-PHX-DWL (ASB)

10                 Petitioner,                      **ORDER**

11   v.

12   David Rivas, et al.,

13                 Respondents.

14

15         In their response to the OSC, Respondents acknowledge "insofar as the Petition

16   challenges Respondents' detention of Petitioner pursuant to 8 U.S.C. § 1225(b)(2)(A),

17   Petitioner appears to be a member of the Bond Eligible Class." (Doc. 12 at 6.) Respondents

18   further acknowledge that while they oppose the request for a bond hearing, "[t]o the extent

19   Petitioner seeks an order requiring Respondents to either immediately release Petitioner or

20   hold a bond hearing, Respondents . . . request that any order granting Petitioner relief be

21   consistent with what courts in this district have generally ordered in similar cases." (*Id.*)

22   Respondents also indirectly contend that *Echevarria* was wrongly decided. (*Id.* at 2-4.)

23   Given this backdrop, the Court concludes (consistent with the OSC) that the Petition should

24   be granted, at a minimum, for the reasons set forth in *Echevarria*.

25         **IT IS ORDERED:**

26         1. Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 5) is **granted**.

27         2. Respondents must provide Petitioner a bond redetermination hearing within seven

28            days or release Petitioner from custody under the same conditions that existed

1  before detention.

2  3.  Respondents must provide a notice of compliance within three days of releasing

3  Petitioner or providing a bond hearing.

4  4.  Any pending motions are denied as moot and the Clerk of Court shall enter judgment

5  in Petitioner's favor and close this case.

6  Dated this 10th day of February, 2026.

7

8

9  _____

Dominic W. Lanza

10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28